# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

Armond Dewayne Douglas

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: DNCW309CR000171-001
USM Number:

Elizabeth Blackwood
Defendant's Attorney

**THE DEFENDANT:**

 X     admitted guilt to violation of condition(s) 1 & 2 of the term of supervision.
___   Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/Alcohol Use | 1/25/2012 |
| 2 | Failure to Comply with Drug Testing/Treatment Requirements | 1/17/2012 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___   The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 4/24/12

Signed: May 3, 2012

Max O. Cogburn Jr.
United States District Judge

Defendant: Armond Dewayne Douglas                                    Judgment-Page <u>2</u> of <u>2</u>
Case Number: DNCW309CR000171-001

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>ELEVEN (11) MONTHS</u>.

<u> X </u>     The Court makes the following recommendations to the Bureau of Prisons:

 - Designate close to Charlotte, NC

<u> X </u>     The Defendant is remanded to the custody of the United States Marshal.

___     The Defendant shall surrender to the United States Marshal for this District:

   ___     As notified by the United States Marshal.

   ___      At___a.m. / p.m. on ___.

___     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___     As notified by the United States Marshal.

   ___      Before 2 p.m. on ___.

   ___     As notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


        _____
United States Marshal


    By: _____
       Deputy Marshal